IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jamison, Frednell D | Case Number: 04 B 02389 |
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 1/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 15, 2008
Confirmed: March 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,462.00 | |
| Secured: | | 15,366.84 |
| Unsecured: | | 1,007.66 |
| Priority: | | 8,158.12 |
| Administrative: | | 1,494.00 |
| Trustee Fee: | | 1,434.86 |
| Other Funds: | | 0.52 |
| Totals: | 27,462.00 | 27,462.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,494.00 | 1,494.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 15,366.84 | 15,366.84 |
| 3. | Internal Revenue Service | Priority | 8,158.12 | 8,158.12 |
| 4. | Portfolio Recovery Associates | Unsecured | 150.92 | 150.92 |
| 5. | IDES | Unsecured | 210.00 | 210.00 |
| 6. | Resurgent Capital Services | Unsecured | 63.08 | 63.08 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 81.79 | 81.79 |
| 9. | Capital One | Unsecured | 49.35 | 49.35 |
| 10. | Internal Revenue Service | Unsecured | 76.60 | 76.60 |
| 11. | RoundUp Funding LLC | Unsecured | 375.92 | 375.92 |
| 12. | Lane Bryant | Unsecured | | No Claim Filed |
| 13. | Evans | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 16. | Midnight Velvet | Unsecured | | No Claim Filed |
| 17. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 18. | Social Security Administration | Unsecured | | No Claim Filed |
| 19. | Shell Oil Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,026.62 | $ 26,026.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 162.89 |
| 4% | 79.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jamison, Frednell D

Printed: 6/10/08

Case Number: 04 B 02389
Judge: Hollis, Pamela S
Filed: 1/21/04

|  |  |
|---|---|
| 6.5% | 337.08 |
| 3% | 59.49 |
| 5.5% | 181.80 |
| 5% | 66.10 |
| 4.8% | 190.37 |
| 5.4% | 357.81 |
|  | _____ |
|  | $ 1,434.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

